**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES SANDERS, | No. C 09-02257 JW (PR) |
| Petitioner, | ORDER OF TRANSFER |
| vs. | |
| SUPERIOR COURT COUNTY OF SACRAMENTO, | |
| Respondent. | |

Petitioner, a prisoner at the California Correctional Institute for Men in Chino, has filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his state conviction.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). However, Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). The petition indicates that petitioner was convicted in Sacramento County which lies within the venue of the Eastern District of California. See 28 U.S.C. 84(b).

Accordingly, the above-titled action is hereby TRANSFERRED to the United

Order of Transfer
P:\PRO-SE\SJ.JW\HC.09\Sanders02257_transfer.wpd

1  States District Court for the Eastern District of California.  See 28 U.S.C. §§
2  1404(a), 2241(d); Habeas L.R. 2254-3.  In light of this transfer, the Court will defer
3  to the Eastern District with respect to petitioner's motion for leave to proceed in
4  forma pauperis, (Docket No. 4).

5      The clerk shall transfer this matter and terminate any pending motions.

7  DATED: August 13, 2009

                      JAMES WARE
                      United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES SANDERS,<br><br>        Petitioner,<br><br>  v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br><br>        Respondent.<br>                                           / | Case Number: CV09-02257 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   August 13, 2009  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aaron James Sanders F-57039
California Correction Institution for Men
P. O. Box 600
Chino, Ca 91708


Dated:   August 13, 2009

                                                      Richard W. Wieking, Clerk
                                            /s/By: Elizabeth Garcia, Deputy Clerk